# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2025 KW 1357

**APRIL 8, 2026**

---

In Re:    Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT GRANTED.** Relator represents that the district court has failed to act on his motion for enforcement of plea bargain agreement filed on or about December 2, 2025. If relator's representation is correct, the district court is ordered to consider and act on the motion for enforcement, if it has not already done so.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.